**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**FIRST FAMILY FINANCIAL SERVICES and**
**ASSOCIATES FIRST CAPITAL CORPORATION,**            **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 2:04CV127-P-A**

**CHARLOTTE FURR,**            **DEFENDANT.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs First Family Financial Services, Inc. and Associates First Capital Corporation's Motion for Summary Judgment [8-1] pending in *First Family Financial Services, Inc. et al. v. Charlotte Furr*, Cause Number 2:04cv127-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Charlotte Furr against First Family Financial Services, Inc. and Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **COMPELLED TO ARBITRATION**; and

(3) An Order shall issue in *Selmon* dismissing Charlotte Furr's claims against First Family Financial Services and Associates First Capital Corporation without prejudice.

**SO ORDERED** this they 18th day of July, A.D., 2005.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE